USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECHO BAY PHARMACEUTICALS, LLC,

        Plaintiff,

    -against-

TORRENT PHARMA, INC.,

        Defendant.

20-CV-6345 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, and for the reasons discussed at today's status conference, it is hereby ORDERED that:

1. <u>Status Conference</u>. Judge Moses will conduct a status conference on **April 1, 2021, at 11:00 a.m.** No later than **March 25, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date, describing any discovery or scheduling disputes that require judicial intervention, and updating the Court on settlement efforts, if any.

2. <u>Written Discovery</u>. Written discovery, including rolling productions of documents that both parties intend to start promptly, may continue, but deposition discovery shall await further order of the Court. Plaintiff has identified the potential need for a limited Rule 30(b)(6) deposition to assist in identifying custodians for document discovery. If the parties are unable to resolve that issue amongst themselves, plaintiff may move to compel such a deposition via letter-motion, in accordance with Moses Indiv. Prac. § 2(b), and shall attach a copy of the proposed subpoena, including the list of topics.

Dated: New York, New York
      January 28, 2021

                      **SO ORDERED**.

                      _____

                      **BARBARA MOSES**
                      **United States Magistrate Judge**