



**BEN D. KAPPELMAN**
Partner
(612) 492-6744
FAX (612) 395-5451
kappelman.ben@dorsey.com

March 18, 2021

<u>VIA ECF</u>

The Honorable Barbara Moses
U.S. Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *Echo Bay Pharmaceuticals, LLC, v. Torrent Pharma, Inc.*;
<u>Case No. 1:20-CV-06345-BCM</u>

Dear Judge Moses:

We represent Defendant Torrent Pharma Inc. and write to respectfully request that the Court extend the March 25, 2021, deadline for the parties' next status report to March 29, 2021. Undersigned counsel will be out of the office next week spending time with family who are visiting, and accordingly requests that the Court extend the deadline to the following week.

Plaintiff Echo Bay Pharmaceuticals does not oppose this request. No previous requests to extend this deadline have been made.

Respectfully submitted,

*s/ Ben D. Kappelman*
RJ Zayed
Ben D. Kappelman
Donna Reuter
DORSEY & WHITNEY, LLP
zayed.rj@dorsey.com
kappelman.ben@dorsey.com
reuter.donna@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

*Attorneys for Defendant Torrent Pharma Inc.*

Application GRANTED. SO ORDERED.

Barbara Moses, U.S.M.J.
March 19, 2021

cc: All Counsel of Record