USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

Echo Bay Pharmaceuticals, LLC,         1:20-CV-06345-BCM

    Plaintiff,        **ORDER FOR ADMISSION PRO HAC VICE FOR WENDY M. FENG**

-v-

Torrent Pharma, Inc.,

    Defendant.

------------------------------------------------------------ X

The motion of Wendy M. Feng ("Applicant") for admission to practice *pro hac vice* in the above-captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the States of Washington and Illinois, and that her contact information is as follows:

> Wendy M. Feng
> Dorsey & Whitney LLP
> 701 Fifth Avenue, Suite 6100
> Seattle, WA 98104-7043
> Telephone:  (206) 903-8761
> Facsimile:  (206) 903-8820
> feng.wendy@dorsey.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Torrent Pharma, Inc., in the above-captioned matter.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____March 22__, 2021

_____
United States Magistrate Judge Barbara Moses