```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECHO BAY PHARMACEUTICALS, LLC,

        Plaintiff,

   -against-

TORRENT PHARMA, INC.,

        Defendant.

20-CV-6345 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, and for the reasons discussed at today's status conference, it is hereby ORDERED that:

1. <u>Status Conference</u>. Judge Moses will conduct a status conference on **June 29, 2021, at 10:00 a.m.** At that time the parties shall dial **(888) 557-8511** and enter the access code **7746387**. No later than **June 22, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date, describing any discovery or scheduling disputes that require judicial intervention, and updating the Court on settlement efforts, if any.

2. <u>Written Discovery</u>. Written discovery shall continue. Deposition discovery shall await further order of the Court.

Dated: New York, New York
        April 1, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**