USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_6/29/21\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECHO BAY PHARMACEUTICALS, LLC,

    Plaintiff,

-against-

TORRENT PHARMA, INC.,

    Defendant.

20-CV-6345 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, and for the reasons discussed at today's status conference, it is hereby ORDERED that:

1. <u>Status Conference</u>. Judge Moses will conduct a status conference on **September 20, 2021, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. This is an in-person conference. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19-coronavirus, in advance of the conference. No later than **September 13, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date, describing any discovery or scheduling disputes that require judicial intervention, and updating the Court on settlement efforts, if any.

2. <u>Written Discovery</u>. Written discovery shall continue. Deposition discovery shall await further order of the Court.

Dated: New York, New York
       June 29, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**