**VIA Legal, LLC**
1237 W. Madison St.
Chicago, Illinois 60607

Vladimir I. Arezina
Managing Member
Office: (312) 574-3050
Mobile: (312) 952-7565
Email: vladimir@arezina.com

July 15, 2021

**MEMO ENDORSED**

**VIA ELECTRONIC CASE FILING SYSTEM**

Hon. Barbara C. Moses
U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY. 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/21

    Re:    **Echo Bay Pharmaceuticals, LLC v. Torrent Pharma, Inc.**
            Case No.: 20-cv-06345 (BCM)

Dear Judge Moses:

On behalf of Plaintiff Echo Bay Pharmaceuticals, LLC ("Echo Bay"), we write to withdraw our previously filed Letter Motion to Compel, dated July 13, 2021 (Docket No. 78).

Opposing counsel has confirmed that Defendant Torrent Pharma, Inc. ("Torrent") does not oppose such withdrawal.

Sincerely,

_____
Vladimir I. Arezina
VIA Legal, LLC

cc: ECF Counsel of Record

> Application GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 78. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> July 16, 2021