UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| Echo Bay Pharmaceuticals, LLC, | : | |
| *Plaintiff*, | : | |
| | : | 1:20-CV-06345-BCM |
| v. | : | |
| | : | **NOTICE OF MOTION TO** |
| Torrent Pharma, Inc., | : | **WITHDRAW AS DEFENDANT'S** |
| *Defendant*. | : | **COUNSEL OF RECORD** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying declaration of Ben D. Kappelman, Esq., Defendant Torrent Pharma, Inc. ("Torrent or "Defendant") hereby moves this Court to withdraw Rabea Jamal Zayed, Ben D. Kappelman, Wendy M. Feng, and Donna Reuter of Dorsey & Whitney LLP ("Dorsey") as its counsel of record and to remove Dorsey from the ECF service list in the above-captioned action. Daniel M. Meier of Benesch, Friedlander, Coplan & Aronoff, LLP will represent the Defendant in this matter. Dorsey's withdrawal will neither delay resolution of the above-captioned action nor prejudice any party, and there is thus good cause to permit Dorsey to withdraw as counsel for Defendant.

| | |
|---|---|
| Dated: Minneapolis, Minnesota<br>September 10, 2021 | DORSEY & WHITNEY LLP<br><br>By: *s/ Ben D. Kappelman*<br>Ben D. Kappelman<br>Rabea Jamal Zayed *(admitted pro hac vice)*<br>Donna Reuter *(admitted pro hac vice)*<br>Wendy Fang *(admitted pro hac vice)*<br>kappelman.ben@dorsey.com<br>zayed.rj@dorsey.com<br>reuter.donna@dorsey.com<br>feng.wendy@dorsey.com<br>50 South Sixth Street, Suite 1500<br>Minneapolis, Minnesota 55402<br>(612) 340-2600<br><br>*Attorneys for Defendant Torrent Pharma Inc.* |

## CERTIFICATE OF SERVICE

I, Ben D. Kappelman, hereby certify that on the 10th day of September, 2021, I caused a true and correct copy of the foregoing Motion to Withdraw as Defendant's Counsel of Record to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

| | |
|---|---|
| Dated: Minneapolis, Minnesota<br>September 10, 2021 | By: *s/ Ben D. Kappelman* |