UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| Echo Bay Pharmaceuticals, LLC, | : |
| *Plaintiff*, | : |
| | :     1:20-CV-06345-BCM |
| v. | : |
| | :     **DECLARATION OF** |
| Torrent Pharma, Inc., | :     **BEN D. KAPPELMAN** |
| *Defendant*. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Ben D. Kappelman, hereby declare pursuant to 28 U.S.C. § 1746: I submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, in support of the accompanying Notice of Withdrawal of Dorsey and Whitney LLP as counsel of record for Defendant Torrent Pharma, Inc. ("Defendant" or "Torrent").

1. Dorsey appeared on behalf of Torrent in this litigation on September 1, 2020.

2. Torrent has recently notified Dorsey that it shall no longer represent Torrent in connection with this matter, and that Defendant is hiring new counsel -- Benesch, Friedlander, Coplan & Aronoff, LLP ("Benesch").

3. On September 10, 2021, Dorsey informed counsel for Plaintiff of all of the facts articulated in Numbered Paragraphs 1-2 above.

4. Torrent's reply memorandum to Plaintiff's opposition to Torrent's Motion to Dismiss is due September 21, 2021, and the oral argument for Torrent's Motion to Dismiss is scheduled for October 13, 2021.

5. Dorsey does not anticipate that its withdrawal will cause any disruption in the litigation.

6. Dorsey is not asserting a retaining or charging lien.

7. I declare under penalty of perjury that the foregoing statements are true and correct.

Accordingly, pursuant to Local Rule 1.4, Dorsey respectfully requests that the Court order that Dorsey is withdrawn as counsel of record for Defendant and cease further notifications regarding this matter.

Dated: Minneapolis, Minnesota
September 10, 2021

DORSEY & WHITNEY LLP

By: *s/ Ben D. Kappelman*
Ben D. Kappelman
Rabea Jamal Zayed *(admitted pro hac vice)*
Donna Reuter *(admitted pro hac vice)*
Wendy Fang *(admitted pro hac vice)*
kappelman.ben@dorsey.com
zayed.rj@dorsey.com
reuter.donna@dorsey.com
feng.wendy@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

*Attorneys for Defendant Torrent Pharma Inc.*