BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel Meier (DM-0328)
39 Broadway, 25th Floor
New York, NY
Telephone: 646.798.8901
Facsimile: 646.798.8902
Email: dmeier@beneschlaw.com

*Attorney for Defendant Torrent Pharma, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Echo Bay Pharmaceuticals, LLC,       :
*Plaintiff*,       :
       :      1:20-CV-06345-BCM
v.       :
       :      **NOTICE OF**
Torrent Pharma, Inc.,       :      **SUBSTITUTION OF COUNSEL**
*Defendant.*       :
       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that Rabea Jamal Zayed, Ben D. Kappelman, Wendy M. Feng,

and Donna Reuter of Dorsey & Whitney LLP are no longer counsel to Defendant Torrent Pharma,

Inc. ("Torrent"), and that Daniel Meier of Benesch, Friedlander, Coplan & Arnoff LLP is hereby

substituted as counsel to Torrent. Please update the Court records to reflect counsel's current

contact information and address as indicated herein.

Dated: New York, NY                 By: */s/ Daniel M. Meier*
September 10, 2021                    Daniel Meier
                                     **BENESCH, FRIEDLANDER,**
                                     **COPLAN &ARONOFF LLP**
                                     Daniel Meier (DM-0328)
                                     39 Broadway, 25th Floor
                                     New York, NY
                                     Telephone: 646.798.8901
                                     Facsimile: 646.798.8902
                                     Email: dmeier@beneschlaw.com
                                     *Attorney for Defendant Torrent Pharma, Inc.*

By: _____

Ben D. Kappelman
DORSEY & WHITNEY LLP
Rabea Jamal Zayed (admitted pro hac vice)
Ben D. Kappelman
Wendy M. Feng (admitted pro hac vice)
Donna Reuter (admitted pro hac vice)
zayed.rj@dorsey.com
kappelman.ben@dorsey.com
feng.wendy@dorsey.com
reuter.donna@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

By: _____

Joseph A. Del Buono, Chief Financial Officer
Torrent Pharma, Inc.

## CERTIFICATE OF SERVICE

I, Daniel Meier, hereby certify that on the 10th day of September, 2021, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

Dated: New York, NY
September 10, 2021

s/ *Daniel M. Meier*
Daniel M. Meier (DM-0328)

2