UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/21
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Echo Bay Pharmaceuticals, LLC,     :
*Plaintiff,*                        :
                                    :     1:20-CV-06345-BCM
v.                                  :
                                    :     **ORDER FOR**
Torrent Pharma, Inc.,               :     **ADMISSION *PRO HAC***
*Defendant.*                        :     ***VICE* OF <u>LAURA A.</u>**
                                    :     <u>**SEFERIAN**</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     The motion of Laura A. Seferian for admission to practice *Pro Hac Vice* in the above-captioned matter is GRANTED.

     Applicant has declared that she is a member in good standing of the Bar of Illinois, the Bar of Virginia, and the Bar of the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant's name: | Laura A. Seferian |
| Firm Name: | Benesch, Friedlander, Coplan & Aronoff LLP |
| Address: | 71 S. Wacker Drive, Suite 1600 |
| City/State/Zip: | Chicago, Illinois  60606 |
| Telephone: | 312.624.6423 |

     Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for Defendant Torrent Pharma, Inc. in the above-entitled action.

     **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

  Dated:  September 22, 2021

_____
United States District Magistrate Judge